IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADA ALBORS GONZALEZ,

    Plaintiff,

v.                                                       4:21cv130–WS/MAF

FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"),

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed March 22, 2021. The magistrate judge recommends that Plaintiff's case be dismissed for lack of subject matter jurisdiction. Plaintiff has filed objections (ECF No. 10) to the report and recommendation.

The court has reviewed the record in light of Plaintiff's objections and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for lack of subject matter jurisdiction.

3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this ___19th___ day of ___May___, 2021.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE